IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES J. STEGGALL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　　Defendant. | **7:18CV5000**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) With the consent of Plaintiff's counsel, Defense counsel is permitted to fill in the missing or incorrect names and numbers on Plaintiff's executed Medicare, RRB, and SSA forms for release of information.

2) As to all categories of requested damages known or knowable at this time, including but not limited to the value of lost wages, lost benefits, loss of earning capacity, and past and future medical expenses, Plaintiff shall provide an updated response to Defendant's written discovery and a supplemental Rule 26(a)(1)(A)(iii) disclosure by September 6, 2018.

August 29, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge