IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES J. STEGGALL,<br><br>      Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>      Defendant. | **7:18CV5000**<br><br>**ORDER** |

IT IS ORDERED that the motion to permit Christopher S. Gatewood to withdraw as counsel of record for Defendant, (Filing No. 45), is granted.

Dated this 7th day of December, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge