IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES J. STEGGALL, | |
|---|---|
| Plaintiff, | 7:18CV5000 |
| vs. | |
| BNSF RAILWAY COMPANY, | ORDER |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED:

1) Due to courtroom unavailability in North Platte on the currently scheduled trial dates, the trial of this case and all case progression deadlines are continued pending further order of the court.

2) A settlement conference will be held before Magistrate Judge Michael D. Nelson on May 15, 2019 in Omaha, Nebraska. Judge Nelson's chambers will enter an order providing further details with respect to the settlement conference.

3) The clerk shall provide a copy of this order to Judge Nelson's chambers.

4) If this case is not settled during the settlement conference, the parties shall contact my chambers on or before May 24, 2019 to schedule a conference call to discuss re-scheduling the trial and pretrial conference.

April 30, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge